Case 1:17-cv-03124-SMJ    Document 6-1    Filed 07/18/17
Case 1:17-cv-03124-SMJ    Document 6-1    Filed 07/18/17

Lori Jordan Isley
Bernardo Rafael Cruz
COLUMBIA LEGAL SERVICES
6 South Second Street, Suite 600
Yakima, WA 98901
(509) 575-5593

Matt Adams
Glenda M. Aldana Madrid
Leila Kang
NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
(206) 957-8611

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

ANTONIO SANCHEZ-OCHOA,

                Plaintiff,

vs.

ED W. CAMPBELL, Director of Yakima County Department of Corrections; SCOTT HIMES, Chief of the Yakima County Department of Corrections; and YAKIMA COUNTY.

                Defendants.

No. 1:17-CV-03124-SMJ

[PROPOSED] ORDER GRANTING PLAINTIFF'S TEMPORARY RESTRAINING ORDER

     Pending before the Court is Plaintiff's Motion for a Temporary Restraining Order. The Court considered the parties' submissions regarding the motion as well as their oral arguments, if any.

COLUMBIA LEGAL SERVICES
6 South Second Street, Suite 600
Yakima, WA  98901
(509) 575-5593

The Court hereby finds and rules as follows:

## Findings of Fact

1. Plaintiff is in the custody of the Yakima County Department of Corrections (DOC).

2. Plaintiff was placed in Yakima County DOC custody due to a state criminal proceeding, which is currently pending.

3. The Yakima County DOC has placed an "immigration hold" on Plaintiff.

4. Yakima County DOC's "immigration hold" is based solely on an Administrative Warrant (Form I-200) issued by the Department of Homeland Security.

5. Plaintiff is otherwise eligible to be released from Yakima County DOC custody upon payment of a $50,000 bond.

## Conclusions of Law

1. Plaintiff has demonstrated his entitlement to a temporary restraining order, because:

   a. Plaintiff has shown he is likely to succeed on the merits of his claim that his Fourth Amendment right against unreasonable seizures is being violated by the Yakima County DOC. The "immigration hold" currently placed on

him is unlawful, for it is based on an administrative warrant from the Department of Homeland Security, not a judicial warrant. This administrative warrant is not based on the determination of a neutral magistrate nor does it furnish the requisite probable cause for the Yakima County DOC to hold Plaintiff beyond the time authorized by his state criminal proceedings.

    b. As a result of Yakima County DOC's unlawful actions, Plaintiff is suffering and will continue to suffer immediate and irreparable harm if relief is not granted. Plaintiff's Fourth Amendment rights are being violated. Additionally, he is being prevented from being with his family and supporting them.

    c. The balance of hardships tips in Plaintiff's favor, as Plaintiff is being deprived of his liberty while Defendants do not face any hardship if Plaintiff is released.

    d. The public interest is in Plaintiff's favor, for the public has an interest in preventing the violation of Plaintiff's Fourth Amendment rights while Defendants do not have a cognizable countervailing interest.

  Accordingly, Plaintiff's Motion for a Temporary Restraining Order is GRANTED. The Court hereby ORDERS Defendants to immediately remove the

immigration hold on Plaintiff so that he can post bond and be released from the Yakima County Jail.

Because the rights sought to be enforced or protected by this temporary restraining order are matters of constitutional significance and in the public interest, and because Defendants are unlikely to suffer economic damages as a result of this order, the Court waives any requirement that a bond be posted by Plaintiff.

DATED this \_\_\_\_ day of July, 2017.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

| COLUMBIA LEGAL SERVICES | NORTHWEST IMMIGRANT RIGHTS PROJECT |
|---|---|
| s/ Lori Jordan Isley | s/ Matt Adams |
| Lori Jordan Isley, WSBA #21724 | Matt Adams, WSBA #28287 |
| Bernardo Cruz, WSBA #51382 | Glenda M. Aldana Madrid, WSBA #46987 (*application for admission forthcoming*) |
| Attorneys for Plaintiff | Leila Kang, WSBA #48048 (*application for admission forthcoming*) |
| 6 South Second Street, Suite 600 | Attorneys for Plaintiff |
| Yakima, WA 98901 | 615 Second Avenue, Suite 400 |
| Phone: (509) 575-5593 | Seattle, WA 98104 |
| lori.isley@columbialegal.org | Phone: (206) 957-8611 |
| bernardo.cruz@columbialegal.org | matt@nwirp.org |
| | glenda@nwirp.org |
| | leila@nwirp.org |