Kenneth W. Harper
Quinn N. Plant
Menke Jackson Beyer, LLP
807 North 39th Avenue
Yakima, WA 98902
509-575-0313
Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANTONIO SANCHEZ OCHOA, | NO. 1:17-cv-03124-SMJ |
| Plaintiff, | |
| v. | DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES |
| ED W. CAMPBELL, Director of Yakima County Department of Corrections; SCOTT HIMES, Chief of the Yakima County Department of Corrections; and YAKIMA COUNTY, | |
| Defendants. | |

Defendants in answer to plaintiff's complaint for violations of civil

rights (ECF No. 1), admit, deny, and allege as follows:

1.  Answering the first sentence of paragraph 1 of the complaint, said

sentence contains a general description of the plaintiff's lawsuit to which no

response is required. To the extent a response is required, defendants deny the

plaintiff's characterization of the defendants' policies, practices, and conduct

DEFENDANTS' ANSWER
AND AFFIRMATIVE DEFENSES - 1

and further deny that the plaintiff is entitled to the relief sought.    Answering

the second sentence of paragraph 1 of the complaint, DHS Administrative

Warrants and regulations governing DHS speak for themselves.  Answering the

third and fourth sentence of paragraph 1 of the complaint, defendants deny the

same.

2.    Answering paragraph 2 of the complaint, said paragraph contains

a general description of the relief sought by the plaintiff in this lawsuit, to

which no response is required.  To the extent a response is required, defendants

deny the plaintiff's characterization of the defendants' policies, practices, and

conduct and further deny that the plaintiff is entitled to the relief sought.

3.    Answering paragraph 3 of the complaint, defendants admit only

that the plaintiff has alleged a cause of action arising under the Constitution

and the laws of the United States, including 42 U.S.C. § 1983, and that this

Court has jurisdiction over the plaintiff's claims pursuant to 28 U.S.C. § 1331.

Defendants deny that the plaintiff has a viable claim arising under the

Constitution and laws of the United States, including 42 U.S.C. § 1983.

4.    Answering paragraph 4 of the complaint, defendants admit the

same.

DEFENDANTS' ANSWER
AND AFFIRMATIVE DEFENSES - 2

**MENKE JACKSON BEYER, LLP**
807 North 39th Avenue
Yakima, WA  98902
Telephone (509)575-0313
Fax (509)575-0351

5.     Answering paragraph 5 of the complaint, defendants admit the same.

6.     Answering paragraph 6 of the complaint, defendants admit the same.

7.     Answering paragraph 7 of the complaint, defendants admit the same.

8.     Answering paragraph 8 of the complaint, defendants admit the same.

9.     Answering paragraph 9 of the complaint, defendants admit the same.

10.     Answering paragraph 10 of the complaint, defendants are without information or knowledge sufficient to form a belief as to the truth of said allegations, and therefore deny the same.

11.     Answering paragraph 11 of the complaint, defendants admit the same.

12.     Answering paragraph 12 of the complaint, defendants admit the same.

13.     Answering paragraph 13 of the complaint, defendants admit the same.

DEFENDANTS' ANSWER
AND AFFIRMATIVE DEFENSES - 3

**MENKE JACKSON BEYER, LLP**
807 North 39th Avenue
Yakima, WA  98902
Telephone (509)575-0313
Fax (509)575-0351

14. Answering paragraph 14 of the complaint, defendants deny the same.

15. Answering paragraph 15 of the complaint, defendants are without information or knowledge sufficient to form a belief as to the truth of said allegations, and therefore deny the same.

16. Answering paragraph 16 of the complaint, defendants admit only to the existence of a Form I-200 dated May 4, 2017, which speaks for itself, and deny each and every other allegation of said paragraph.

17. Answering paragraph 17 of the complaint, defendants admit only to the existence of the Form I-200 dated May 4, 2017, which speaks for itself, and deny each and every other allegation of said paragraph.

18. Answering paragraph 18 of the complaint, defendants admit only to the existence of the Form I-200 dated May 4, 2017, which speaks for itself, and deny each and every other allegation of said paragraph.

19. Answering paragraph 19 of the complaint, defendants admit only to the existence of the Form I-200 dated May 4, 2017, which speaks for itself, and deny each and every other allegation of said paragraph.

DEFENDANTS' ANSWER
AND AFFIRMATIVE DEFENSES - 4

**MENKE JACKSON BEYER, LLP**
807 North 39th Avenue
Yakima, WA 98902
Telephone (509)575-0313
Fax (509)575-0351

20. Answering paragraph 20 of the complaint, defendants admit only to the existence of the Form I-200 dated May 4, 2017, which speaks for itself, and deny each and every other allegation of said paragraph.

21. Answering paragraph 21 of the complaint, defendants admit only to the existence of a publicly accessible jail roster, which speaks for itself, and further deny the plaintiff's characterization of same. Defendants are without information or knowledge sufficient to form a belief as to whether a federal court has issued a warrant for the plaintiff's arrest or sought to exercise jurisdiction over the plaintiff, and therefore deny the same. Defendants deny each and every other allegation of said paragraph.

22. Answering paragraph 22 of the complaint, defendants deny that an immigration hold "designation" has been placed on the plaintiff, and further deny each and every other allegation of said paragraph.

23. Answering paragraph 23 of the complaint, defendants admit only that defendants are unaware of any Form I-247 material to this lawsuit, which form would speak for itself, and further deny each and every other allegation of said paragraph.

24. Answering paragraph 24 of the complaint, the paragraph contains generalized statements of law to which no response is required. To the extent a

DEFENDANTS' ANSWER
AND AFFIRMATIVE DEFENSES - 5

response is required, the law speaks for itself. Defendants deny each and every other allegation of said paragraph.

25. Answering paragraph 25 of the complaint, defendants admit that Chief Himes is one of the individuals responsible for implementing and supervising Yakima County DOC policies and practices generally and deny that Chief Himes is responsible for training related to Yakima County DOC policies and practices generally, and further deny plaintiff's characterization of any conduct by defendants as "immigration holds."

26. Answering paragraph 26 of the complaint, defendants admit only to the existence of emails, which speak for themselves, and deny each and every other allegation of said paragraph.

27. Answering paragraph 27 of the complaint, defendants admit only that Mr. Campbell is the Director of the Yakima County Department of Corrections and has the responsibilities of said position and deny each and every other allegation of said paragraph.

28. Answering paragraph 28 of the complaint, defendants admit only to the existence of an email dated March 16, 2017, which speaks for itself, and deny each and every other allegation of said paragraph.

DEFENDANTS' ANSWER
AND AFFIRMATIVE DEFENSES - 6

29.     Answering paragraph 29 of the complaint, defendants admit the same.

30.     Answering paragraph 30 of the complaint, defendants admit the same.

31.     Answering paragraph 31 of the complaint, defendants deny the plaintiff's characterization of said meeting, deny the existence of "immigration holds" and deny each and every other allegation of said paragraph.

32.     Answering paragraph 32 of the complaint, defendants deny the same.

33.     Answering paragraph 33 of the complaint, defendants deny the same.

34.     Answering paragraph 34 of the complaint, defendants admit to the existence of correspondence from Columbia Legal Services and the Northwest Immigrants Rights Project dated July 5, 2017, which speaks for itself, and deny each and every other allegation of said paragraph.

35.     Answering paragraph 35 of the complaint, defendants admit only to the existence of a letter dated July 6, 2017, from defendant Ed W. Campbell, which letter speaks for itself, and deny each and every other allegation of said paragraph.

DEFENDANTS' ANSWER
AND AFFIRMATIVE DEFENSES - 7

36.  Answering paragraph 36 of the complaint, defendants deny the same.

37.  Answering paragraph 37 of the complaint, defendants deny the same.

38.  Answering paragraph 38 of the complaint, defendants admit only that DHS would likely take custody of plaintiff upon his release from the custody of defendant Yakima County, and deny each and every other allegation of said paragraph.

39.  Answering paragraph 39 of the complaint, defendants admit that plaintiff is in custody of the Yakima County Department of Corrections. Defendants admit that the only bail required by defendant Yakima County is that stemming from the state law criminal charges.  Defendants are without information or knowledge sufficient to form a belief as to whether other jurisdictions such as the U.S. Department of Homeland Security may require the plaintiff to post bail.  Defendants deny each and every other allegation of said paragraph.

40.  Answering paragraph 40 of the complaint, defendants admit the same.

DEFENDANTS' ANSWER
AND AFFIRMATIVE DEFENSES - 8

**MENKE JACKSON BEYER, LLP**
807 North 39th Avenue
Yakima, WA  98902
Telephone (509)575-0313
Fax (509)575-0351

41. Answering paragraph 41 of the complaint, defendants are without information or knowledge sufficient to form belief as to the truth of said allegations, and therefore deny the same.

42. Answering paragraph 42 of the complaint, defendants are without information or knowledge sufficient to form belief as to the truth of said allegations, and therefore deny the same.

43. Answering paragraph 43 of the complaint, defendants deny the same.

44. Answering paragraph 44 of the complaint, defendants deny the same.

45. Answering paragraph 45 of the complaint, defendants deny the same.

46. Answering paragraph 46 of the complaint, defendants deny the same.

47. Except to the extent specifically admitted herein, defendants deny each and every remaining allegation of plaintiff's complaint.

## **AFFIRMATIVE DEFENSES**

In further answer to plaintiff's complaint and as affirmative defenses, defendants allege as follows:

DEFENDANTS' ANSWER
AND AFFIRMATIVE DEFENSES - 9

**MENKE JACKSON BEYER, LLP**
807 North 39th Avenue
Yakima, WA 98902
Telephone (509)575-0313
Fax (509)575-0351

8.1    Plaintiff fails to state a claim upon which relief can be granted.

8.2    The plaintiff's claims are barred by the doctrine of waiver.

8.3    The plaintiff's claims are barred by the doctrine of estoppel.

8.4    The plaintiff's claims barred by the doctrine of res judicata.

8.5    The plaintiff's claims are not ripe.

8.6    The plaintiff lacks standing.

8.7    The plaintiff's claims are moot.

8.8    The plaintiff has failed to establish municipal liability pursuant to

*Monell v. Dept. of Social Services*, 436 U.S. 658 (1978) and its progeny.

8.9    The plaintiff's claims are barred in whole or in part by

justification, privilege, and/or discretionary immunity and/or other forms of

immunity in favor of answering defendants' actions in furtherance of answering

defendants' obligations under the law and plaintiff's claims are contrary to

public policy.

8.10   The plaintiff's claims against individual answering defendants are

barred by the doctrine of qualified immunity.

8.11   The plaintiff's damages, if any, have been caused and/or

contributed to in whole or in part by the acts or omissions of others, including

plaintiff, and were not proximately caused by answering defendants.

DEFENDANTS' ANSWER
AND AFFIRMATIVE DEFENSES - 10

**MENKE JACKSON BEYER, LLP**
807 North 39th Avenue
Yakima, WA  98902
Telephone (509)575-0313
Fax (509)575-0351

## IX. REQUEST FOR RELIEF

Having answered the allegations of the Complaint and pleaded affirmatively, Defendants requests the following relief:

1.      That the Court dismiss the Complaint with prejudice or enter judgment for defendants;

2.      That defendants be awarded its costs and attorneys' fees as allowed by law; and

3.      For such other relief as the Court may deem just and equitable.

DATED THIS 20th day of July, 2017.

s/ KENNETH W. HARPER
WSBA #25578
s/ QUINN N. PLANT
WSBA #31339
Menke Jackson Beyer, LLP
*Attorneys for Defendants*
807 North 39th Avenue
Yakima, Washington 98902
Telephone: (509) 575-0313
Fax: (509) 575-0351
Email: kharper@mjbe.com
Email: qplant@mjbe.com

DEFENDANTS' ANSWER
AND AFFIRMATIVE DEFENSES - 11

# CERTIFICATE OF SERVICE

I hereby certify that on July 19th, 2017, I filed the foregoing with the

Clerk of the Court using the CM/ECF System, which will send notification of

such filing to the following:

Columbia Legal Services:
Lori Jordan Isely                      lori.isley@columbialegal.org
Bernardo Rafael Cruz                   bernardo.cruz@columbialegal.org


Northwest Immigrant Rights Project:
Matt Adams                             matt@nwirp.org
Glenda M. Aldana Madrid                glenda@nwirp.org
Leila Kang                             leila@nwirp.org


United States:
Erez Reuveni                           erez.r.reuveni@usdoj.gov
Vanessa R. Waldref                     Vanessa.R.Waldref@usdoj.gov


and I hereby certify that I have mailed by United States Postal Service the

document to the following non-CM/ECF participants:

    None.

                              s/ KENNETH W. HARPER
                              WSBA #25578
                              s/ QUINN N. PLANT
                              WSBA #31339
                              Menke Jackson Beyer, LLP
                              *Attorneys for Defendants*

DEFENDANTS' ANSWER
AND AFFIRMATIVE DEFENSES - 12

**MENKE JACKSON BEYER, LLP**
807 North 39th Avenue
Yakima, WA 98902
Telephone (509)575-0313
Fax (509)575-0351

807 North 39th Avenue
Yakima, Washington 98902
Telephone: (509) 575-0313
Fax: (509) 575-0351
Email: kharper@mjbe.com
Email: qplant@mjbe.com

DEFENDANTS' ANSWER
AND AFFIRMATIVE DEFENSES - 13