Kenneth W. Harper
Quinn N. Plant
Menke Jackson Beyer, LLP
807 North 39th Avenue
Yakima, WA 98902
509-575-0313
Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANTONIO SANCHEZ OCHOA, <br><br> Plaintiff, <br><br> v. <br><br> ED W. CAMPBELL, Director of Yakima County Department of Corrections; SCOTT HIMES, Chief of the Yakima County Department of Corrections; and YAKIMA COUNTY, <br><br> Defendants. | NO. 1:17-cv-03124-SMJ <br><br> DECLARATION OF JANET ROSE |

Pursuant to 28 U.S.C. § 1746, I, JANET ROSE, state and declare as follows:

1. I am a legal assistant at Menke Jackson Beyer, LLP, which represents the defendants in this matter. I am over the age of 18 and am competent to testify on the matters set forth herein.

DECLARATION OF JANET ROSE - 1

2. Attached hereto as Exhibit A are true and correct copies of certified documents I obtained from the Yakima County Clerk's Office, both of which are contained in the official court file for Yakima County Superior Court Cause No. 17-1-00848.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing declaration is true and correct.

DATED THIS 20TH day of July, 2017, at Yakima, Washington.

_____
JANET ROSE

DECLARATION JANET ROSE - 2

MENKE JACKSON BEYER, LLP
807 North 39th Avenue
Yakima, WA 98902
Telephone (509)575-0313
Fax (509)575-0351

# CERTIFICATE OF SERVICE

I hereby certify that on July 20th, 2017, I filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following:

Columbia Legal Services:
Lori Jordan Isely     lori.isley@columbialegal.org
Bernardo Rafael Cruz     bernardo.cruz@columbialegal.org

Northwest Immigrant Rights Project:
Matt Adams     matt@nwirp.org
Glenda M. Aldana Madrid     glenda@nwirp.org
Leila Kang     leila@nwirp.org

United States:
Erez Reuveni     erez.r.reuveni@usdoj.gov
Vanessa R. Waldref     Vanessa.R.Waldref@usdoj.gov

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

   None.

s/ KENNETH W. HARPER
WSBA #25578
s/ QUINN N. PLANT
WSBA #31339
Menke Jackson Beyer, LLP
*Attorneys for Defendants*
807 North 39th Avenue

DECLARATION JANET ROSE - 3

Yakima, Washington 98902
Telephone: (509) 575-0313
Fax: (509) 575-0351
Email: kharper@mjbe.com
Email: qplant@mjbe.com

DECLARATION JANET ROSE - 4

MENKE JACKSON BEYER, LLP
807 North 39th Avenue
Yakima, WA 98902
Telephone (509)575-0313
Fax (509)575-0351