# EXHIBIT A

DECLARATION OF JANET ROSE - 4

FILED
JANELLE RIDDLE, CLERK

'17 MAY -4 P3:18

SUPERIOR COURT OF WASHINGTON FOR YAKIMA COUNTY

STATE OF WASHINGTON,
                                        Plaintiff,
vs.                                                         NO. 17-1-00848-39

**ANTONIO SANCHEZ-OCHOA**
DOB: 02/08/1986
                                        Defendant.
☒ Interpreter ☒ In Custody ☐ Out of Custody

☒ ORDER ON PRELIMINARY APPEARANCE
☐ ORDER ON ARRAIGNMENT
☒ ORDER APPOINTING ATTORNEY
☒ BAIL ORDER   ☐ Amended
☒ ORDER SETTING CASE SCHEDULE
☒ PSA ATTACHED

### PRELIMINARY APPEARANCE, ARRAIGNMENT, AND ATTORNEY

☒ A preliminary appearance was held today and the court found probable cause to believe the defendant committed a crime or, if fugitive below is checked, that the defendant was wanted by authorities in another state.

☐ The defendant was arraigned today on:   ☐ New Charge(s)       ☐ SSOSA Revocation   ☐ Fugitive
                                          ☐ Amended Charge(s)   ☐ DOSA Revocation    ☐ SCV

☒ An attorney designated by the Dept. of Assigned Counsel is appointed. Defendant must contact DAC. Out of jail call 574-1160. In jail call 574-1140. Designated: _____ at Phone: _____

☐ The defendant advised the court that private counsel will be retained.
☐ The court finds the defendant voluntarily waived his/her right to an attorney, even at public expense.

### CONDITIONS OF RELEASE

The defendant is subject to the following conditions. Violation of any condition of release may result in forfeiture of bail or revocation of release
Terms of this order are concurrent with: _____

☐ O.R.: The defendant is released on his/her own recognizance, promising to appear in court as ordered below.
☐ O.R.: The defendant is released on his/her own recognizance and shall be supervised by Pretrial Services at Level ____.
☒ BAIL: The defendant may be released from custody pending the resolution of this matter upon the posting of bail in the amount of
$ 75,000 _____. This may be posted by CASH or BOND, or ☐ BOND ONLY.

*Reserve*

1. The defendant shall contact his/her attorney immediately upon release and thereafter as directed by the attorney.
2. The defendant shall not leave Yakima County _____ and shall reside at this address:
_____
3. If supervised by Pretrial Services shall report to them within 24 hours (1 business day of release) and thereafter as directed.
4. The defendant shall refrain from any criminal activity, and shall not possess any firearms or other weapons.
5. The defendant shall not have contact of any kind, direct or indirect, with witnesses named here, alleged codefendant(s), or alleged victim(s) **Leyde A. Martinez:** _____
6. The defendant shall not use or possess any alcohol or controlled substances without a physician's prescription.
7. Defendant shall appear in Court as ordered.
8. OTHER: _____

### SCHEDULING ORDER

The defendant and the attorneys shall appear in court on each date and time shown. Defendant's failure to appear at these or any future court dates may result in new criminal charges, an arrest warrant, forfeiture of bail, and rescheduling of the trial.

☒ ARRAIGNMENT: 9:00 AM **Thursday** Date: **5/18/2017**
☐ OMNIBUS HEARING: ☐ 8:30 AM ☐ 1:30 PM ☐ Monday ☐ Wednesday ☐ Thursday _____
☐ TRIAL: 9:00 AM ☐ Monday ☐ Tuesday _____
Any objection to the trial date must be made within 10 days of this order.

☐ HEARING: _____ Time: _____ AM/PM on _____ Date: _____
☐ The previously entered scheduling order remains the same.

DATED 5-4-17

Attorney for Defendant, WSBA #
Prosecuting Attorney, WSBA # 42356

GAYLE HARTHCOCK
JUDGE

Antonio Sanchez Ochoa
Copy Received by Defendant

PRELIMINARY APPEARANCE AND ARRAIGNMENT ORDER
Original – Clerk   Blue – Defendant   Green – Jail   Canary – Defense Atty.   Pink – Pros. Atty.   Goldenrod – Ct. Admin.
February 2016

DECLARATION OF JANET ROSE - 5

PRETRIAL SERVICES                                   Public Safety Assessment – Court Report

Name:           Sanchez-Ochoa, Antonio         PID:    203439
DOB:            2/8/1986
Case Number(s): 17-1-00848-39

### Assessment Outcomes: (Completed: 5/4/2017)

| | |
|---|---|
| Failure to Appear | FTA 2 |
| New Criminal Activity | NCA 3 |
| New Violent Criminal Activity | No |

### Charges:

| | |
|---|---|
| 9A.48.070 MALICIOUS MISCHIEF 1ST DEGREE | 17-1-00848-39 |
| 9A.36.021 ASSAULT 2 | 17-1-00848-39 |
| 9A.36.011 ASSAULT 1ST DEGREE | 17-1-00848-39 |

### Risk Factors:

| | |
|---|---|
| 1. Age at Current Arrest | 23 or older |
| 2. Current Violent Offense | Yes |
| 2a. Current Violent Offense & 20 Years Old or Younger | No |
| 3. Pending Charge at the Time of the Offense | No |
| 4. Prior Misdemeanor Conviction | Yes |
| 5. Prior Felony Conviction | No |
| 5a. Prior Conviction | Yes |
| 6. Prior Violent Conviction | 0 |
| 7. Prior Failure to Appear in Past 2 Years | 0 |
| 8. Prior Failure to Appear Older Than 2 Years | No |
| 9. Prior Sentence to Incarceration | Yes |

### Recommendations:

Release Recommendation: Release Not Recommended

### Other Factors:

Current charges include domestic violence, person to person sex crime, arson, or involve the use of a weapon.
Current charges include Murder 1 or 2, Assault 1, Kidnap 1, Rape 1, Robbery 1

Notes: Per NCIC, convicted on DUI in Oregon in 2008

I, Janelle Riddle, Clerk of the above entitled court, do hereby certify that the foregoing Instrument is a true and correct copy of the original now on file in my office. In witness whereof, I hereunto set my hand and the seal of said court this ___ day of _____, 20__
Janelle Riddle, CLERK
By _____  County Deputy

DECLARATION OF JANET ROSE - 6

FILED
JANELLE RIDDLE, CLK

'17 JUL -7 AM 11:19

SUPERIOR COURT
YAKIMA CO W

#5
Bail

## SUPERIOR COURT OF WASHINGTON FOR YAKIMA COUNTY

STATE OF WASHINGTON,
Plaintiff,

vs.

Antonio Sanchez - Ochoa
Defendant.

DOB: ☒ Interpreter ☒ In Custody ☐ Out of Custody

NO. 17-1-00848-39

☐ ORDER ON PRELIMINARY APPEARANCE
☐ ORDER ON ARRAIGNMENT
☐ ORDER APPOINTING ATTORNEY — Amended
☒ BAIL ORDER ☒ Amended — Amended Reduced
☐ ORDER SETTING CASE SCHEDULE

### PRELIMINARY APPEARANCE, ARRAIGNMENT, AND ATTORNEY

☐ A preliminary appearance was held today and the court found probable cause to believe the defendant committed a crime or, if fugitive below is checked, that the defendant is wanted by authorities in another state.
☐ The defendant was arraigned today on:    ☐ New Charge(s)    ☐ SSOSA Revocation    ☐ Fugitive
                                            ☐ Amended Charge(s)  ☐ DOSA Revocation    ☐ SCV
☐ An attorney designated by the Dept. of Assigned Counsel is appointed. Defendant must contact DAC. Out of jail call 574-1160. In jail call 574-1140. Designated: _____ at Phone: _____
☐ The defendant advised the court that private counsel will be retained.
☐ The court finds the defendant voluntarily waived his/her right to an attorney, even at public expense.

### CONDITIONS OF RELEASE

The defendant is subject to the following conditions. Violation of any condition of release may result in forfeiture of bail or revocation of release

Terms of this order are concurrent with: _____
☐ O.R.: The defendant is released on his/her own recognizance, promising to appear in court as ordered below.
☐ O.R.: The defendant is released on his/her own recognizance and shall be supervised by Pretrial Services at Level _____
☒ BAIL: The defendant may be released from custody pending the resolution of this matter upon the posting of bail in the amount of $~~50,000~~ $50,000 and. This may be posted by CASH or BOND, or ☐ BOND ONLY.

1. The defendant shall contact his/her attorney immediately upon release and thereafter as directed by the attorney.
2. The defendant shall not leave Yakima County _____ and shall live at this address: _____
3. If supervised by Pretrial Services shall report to them within 24 hours (1 business day of release) and thereafter as directed.
4. The defendant shall refrain from any criminal activity, and shall not possess any firearms or other weapons.
5. The defendant shall not have contact of any kind, direct or indirect, with witnesses named here, alleged codefendant(s), or alleged victim(s) _____
6. The defendant shall not use or possess any alcohol or controlled substances without a physician's prescription.
7. Defendant shall appear in Court as ordered.
8. OTHER: _____

### SCHEDULING ORDER

The defendant and the attorneys shall appear in court on each date and time shown. Defendant's failure to appear at these or any future court dates may result in new criminal charges, an arrest warrant, forfeiture of bail, and rescheduling of the trial.
☐ ARRAIGNMENT: 9:00 AM _____ Date: _____
☐ OMNIBUS HEARING: ☐ 8:30 AM ☐ 1:30 PM ☐ Monday ☐ Wednesday ☐ Thursday _____
☐ TRIAL: 9:00 AM ☐ Monday ☐ Tuesday _____
Any objection to the trial date must be made within 10 days of this order.

☐ HEARING: _____ Time: _____ AM/PM on _____ Date: _____
☐ The previously entered scheduling order remains the same.

DATED 7-7-17

Attorney for Defendant, WSBA # _____

Prosecuting Attorney, WSBA # _____
Objection noted

GAYLE HARTHCOCK
JUDGE

Copy Received by Defendant
Antonio Sanchez

PRELIMINARY APPEARANCE AND ARRAIGNMENT ORDER
Original – Clerk   Blue – Defendant   Green – Jail   Canary – Defense Atty.   Pink – Pros. Atty.   Goldenrod – Ct. Admin.
February 2016

I, Janelle Riddle, Clerk of the above entitled court, do hereby certify that the foregoing instrument is a true and correct copy of the original now on file in my office. In witness whereof, I hereunto set my hand and the seal of said court this ___ day of July, 20 17.

Janelle Riddle, CLERK

By _____ Deputy

DECLARATION OF JANET ROSE - 7