# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| ANTONIO SANCHEZ OCHOA, Plaintiff, vs. ED W. CAMPBELL, et al, Defendants. | **Case No.** 1:17-CV-3124-SMJ<br>**CIVIL MINUTES**<br>**DATE:** 07/25/2017 **LOCATION:** Spokane<br>**MOTION HEARING** |
|---|---|

| | **Judge Salvador Mendoza, Jr.** | |
|---|---|---|
| Debbie Brasel<br>**Courtroom Deputy** | 01<br>**Law Clerk** | Ronelle Corbey<br>**Court Reporter** |
| Lori A. Jordan Isley<br>Matthew H. Adams<br>**Plaintiff's Counsel** | | Quinn N. Plant<br>Erez Reuveni<br>Timothy Durkin<br>**Defendants' Counsel** |

**[XX] Open Court**

Mr. Adams moves Court for a Temporary Restraining Order [ECF No. 6]

Mr. Plant argues resisting

Mr. Reuveni argues resisting

Additional argument by Mr. Adams

Additional argument by Mr. Plant

Additional argument by Mr. Reuveni

Additional argument by Mr. Adams

Additional argument by Mr. Plant

Additional argument by Mr. Reuveni

**Recess:** 3:45 pm

**Reconvene:**	3:55 pm
**All parties present**

**Court:**	Plaintiff's Motion for a Temporary Restraining Order [ECF No. 6] **granted**

Mr. Adams articulate for the Court the specific relief being sought by the plaintiff

Additional comments by Mr. Plant and Mr. Renveni

| Convened: 2:35 pm<br>3:55 pm | Adjourned: 3:45 pm<br>4:10 pm | Time: 1 hr / 10 minutes<br>/ 15 minutes | Total: 1 hr / 25 minutes |
|---|---|---|---|