Lori Jordan Isley
Alfredo Gonzalez Benitez
COLUMBIA LEGAL SERVICES
6 South Second Street, Suite 600
Yakima, WA 98901
(509) 575-5593

Matt Adams
Glenda M. Aldana Madrid
Leila Kang
NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
(206) 957-8611

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANTONIO SANCHEZ OCHOA,<br><br>                Plaintiff,<br>vs.<br><br>ED W. CAMPBELL, Director of Yakima County Department of Corrections; SCOTT HIMES, Chief of the Yakima County Department of Corrections; and YAKIMA COUNTY,<br><br>                Defendants. | No. 1:17-CV-03124-SMJ<br><br>SETTLEMENT STIPULTION |

The parties reached agreement to settle this litigation according to this stipulation.

Yakima County agrees to change its policy related to immigration holds as follows:

SETTLEMENT STIPULATION - 1

1. The terms of this agreement cover immigration civil administrative warrants only (to include immigration warrants, detainers, holds, or forms requesting detention such as the I-200, I-203, or I-247).

2. This agreement shall become applicable upon an individual's entitlement to release from state criminal custody, whether upon resolution of the criminal charges, a dismissal of the criminal charges, posting of bail, or an order of release on recognizance.

3. Yakima County shall detain individuals in ICE custody pursuant to the intergovernmental agreement (IGA) only upon physical presentation from a credentialed federal immigration officer at the time the individual is otherwise entitled to release on the state charge and not on grounds of electronic presentment (e.g., electronic immigration forms or phone requests by ICE officers). This condition does not apply to individuals who are originally detained under proper ICE jurisdiction.

4. Yakima County will not publish the presence of a civil administrative immigration warrant or detainer on the public jail roster populated on the Yakima County Jail website. This condition does not apply to individuals who are originally detained under proper ICE jurisdiction or to individuals who are properly presented by immigration officials pursuant to the IGA and the terms of this agreement.

5.  Yakima County shall not delay or extend the confinement of an individual who is otherwise entitled to release for the purpose of taking the individual into ICE custody.

6.  Yakima County agrees to pay $25,000, inclusive of attorneys' fees, costs, and damages, to the trust account of plaintiff's counsel at CLS for the benefit of plaintiff to settle all claims in this matter. Plaintiff waives all claims to additional attorneys' fees, including any right to petition the Court for an award of reasonable attorneys' fees incurred herein or during the appeal of this matter.

7.  Plaintiff shall dismiss this case with prejudice and without costs upon entry of this agreement and payment of the funds described above. Plaintiff releases the defendants, and each of them, with respect to all disputes known and unknown, to the fullest extent the law permits, arising out of or related in any way to the subject matter identified in this litigation.

8.  Each person executing this agreement on behalf of another person or entity represents and warrants that he or she is fully authorized to execute and deliver this agreement on behalf of the person or entity for which he or she is signing. The parties hereby warrant to each other that each has full power and authority to enter into this agreement and to undertake the actions contemplated herein, and that this agreement is enforceable in accordance with its terms.

The parties, by their counsel, hereby consent to the terms and conditions of the agreement as set forth above and consent to the entry thereof.

DATED this 5th day of February, 2019

NORTHWEST IMMIGRANT RIGHTS PROJECT

*[signature]*

Matt Adams, WSBA #28287
Leila Kang, WSBA #48048
Aaron Korthuis, WSBA #53974
Attorneys for Plaintiff

COLUMBIA LEGAL SERVICES

*[signature]*

Lori Jordan Isley, WSBA #21724
Alfredo Gonzalez Benitez, WSBA #54364
Attorneys for Plaintiff

MENKE JACKSON BEYER, LLP

*[signature]*

Kenneth W. Harper, WSBA #25578
Quinn N. Plant, WSBA #31339
Attorneys for Defendants

SETTLEMENT STIPULATION - 4

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of February, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Lori Jordan Isley | lori.isley@columbialegal.org, cheli.bueno@columbialegal.org, elvia.bueno@columbialegal.org |
| Alfredo Gonzalez Benitez | alfredo.gonzalez@columbialegal.org |
| Matt Adams | matt@nwirp.org |
| Leila Kang | leila@nwirp.org |
| Kenneth W. Harper | kharper@mjbe.com, julie@mjbe.com, kathy@mjbe.com |
| Quinn N. Plant | qplant@mjbe.com, janet@mjbe.com, julie@mjbe.com, kathy@mjbe.com, sbeyer@mjbe.com |
| Erez Reuveni | erez.r.reuveni@usdoj.gov |
| Timothy M. Durkin | USAWAE.TDurkinECT@usdoj.gov |
| Francesca M. Genova | francesca.m.genova@usdoj.gov, daniel.c.meyer@usdoj.gov |

And I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: None.

*/s/ Arasele Bueno*
Arasele Bueno

SETTLEMENT STIPULATION - 5

COLUMBIA LEGAL SERVICES
6 South Second Street, Suite 600
Yakima, WA 98901
(509) 575-5593